UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY GIVENS,<br><br>                    Plaintiff,<br><br>   vs.<br><br>PA JOHN DOE NEAU, DR. JANE DOE SUITER, MARTIN LYONS, STEVEN HAMMOND, and JANE/JOHN DOE T. HOFFMAN,<br><br>                    Defendants. | NO: 12-CV-5170-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Hutton filed a Report and Recommendation (ECF No. 11) recommending that Mr. Givens' request to Voluntarily Dismiss this action be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion (ECF No. 8) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING
COMPLAINT WITHOUT PREJUDICE -- 1

**IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee (ECF No. 9) is **GRANTED** and the institution having custody of Mr. Givens shall cease collection of the filing fee in this action, cause number **12-CV-5170-JPH.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and **CLOSE** the file. The District Court Executive is further directed to send a copy of this Order to the **Office of the Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** May 30, 2013.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2